UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CATHOLIC HEALTH INITIATIVES, et al., )
)
)

  Plaintiffs
vs.

MICHAEL O. LEAVITT, Secretary
U.S. Department of Health & Human Services,

  Defendant.

Case: 1:07-cv-00555
Assigned To : Friedman, Paul L.
Assign. Date : 3/20/2007
Description: CATHOLIC HEALTH v. LEAVITT

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for all plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*

Christopher L. Keough
DC Bar No. 436567
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6745 (phone)
(202) 639-6604 (fax)

Date: March 20, 2007