AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Catholic Health Initiatives, et al.

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary,
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Case: 1:07-cv-00555
Assigned To : Friedman, Paul L.
Assign. Date : 3/20/2007
Description: CATHOLIC HEALTH v. LEAVITT

TO: (Name and address of Defendant)

The U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                        MAR 20 2007
CLERK                                              DATE

_Anitta Newart-Cureton_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 26, 2007 | |
| NAME OF SERVER (PRINT) Christopher L. Keough | TITLE Partner | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served by U.S. Mail (see attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 30, 2007          *[signature]*
                 Date                        Signature of Server

Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC  20004-1008
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

