AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Catholic Health Initiatives, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary,
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Case: 1:07-cv-00555
Assigned To : Friedman, Paul L.
Assign. Date : 3/20/2007
Description: CATHOLIC HEALTH v. LEAVITT

TO: (Name and address of Defendant)

The Honorable Michael Leavitt, Secretary
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 20 2007
_____           _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 26, 2007 |
| NAME OF SERVER (PRINT) Christopher L. Keough | TITLE Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served by U.S. Mail (see attached) _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 30, 2007            *[signature]*
                    Date                       Signature of Server

Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Michael O. Leavitt, Dep't HHS, 200 Independence Avenue, SW Wash. DC 20201

| | |
|---|---|
| Postage | $ 2.55 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.80 |

Postmark: NATIONAL CAPITAL STATION, WASHINGTON, DC 20013, MAR 20 2007

Name (Please Print Clearly) (to be completed by mailer)
Christopher L. Keough
Vinson & Elkins L.L.P.
1455 Penn. Ave, N.W.
Washington, D.C. 20004-1008

PS Form 3800, July 1999    See Reverse for Instructions

Article Number: 7099 2946 0012 0043 9548

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt, Dep't HHS,
200 Independence Avenue, SW
Wash. DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LAWRENCE
C. Date of Delivery: 3/26/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 2946 9548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540