AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Catholic Health Initiatives, et al.

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, Secretary,
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Case: 1:07-cv-00555
Assigned To : Friedman, Paul L.
Assign. Date : 3/20/2007
Description: CATHOLIC HEALTH v. LEAVITT

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Keough
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE    MAR 2 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 21, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| John T. Wickens | Messenger |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served:    Civil Process Clerk, U.S. Atty for D.C.
   555 Fourth Street NW, Wash, DC 20530

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left:

G   Returned unexecuted:

G   Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 21, 2007
             Date                    Signature of Server

                    Vinson & Elkins LLP
                    1455 Pennsylvania Avenue NW
                    Washington, DC  20004
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.