UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC HEALTH INITIATIVES, et al., )
       Plaintiffs, )
)
v. )   Civil No. 07-0555 (PLF)
)
MICHAEL O. LEAVITT, Secretary of )   **ECF**
   Health and Human Services, )
       Defendant. )
)

## **PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Paul E. Soeffing as agency counsel for Defendant in the above-captioned case.

                                        Respectfully submitted,

                                        /s/ Paul E. Soeffing
                                        PAUL E. SOEFFING
                                        Attorney
                                        D.C. Bar No. 459480
                                        U.S. Department of Health and Human Services
                                        Office of the General Counsel
                                        Centers for Medicare & Medicaid Services Division
                                        Room C2-05-23
                                        7500 Security Boulevard
                                        Baltimore, Maryland 21244-1850
OF COUNSEL:                       410-786-1895

DANIEL MERON
General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
   Counsel for Litigation

United States Department of
   Health and Human Services