UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES et al., )<br>        Plaintiffs,  )<br>                       )<br>       v.                    )<br>                       )<br>MICHAEL O. LEAVITT,  )<br>Secretary, United States Department of  )<br>Health and Human Services,  )<br>                       )<br>          Defendant.  ) | Civ. Action No. 07-0555 (PLF)<br>ECF |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

    /s/      Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/       Megan L. Rose
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been sent by Federal Express, this 5 day of July, 2007, addressed to:

**Christopher L. Keough
Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008**

/s/
_____
Megan L. Rose
Assistant United States Attorney