UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHEDRAL HEALTH INITIATIVES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of<br>　Health and Human Services,<br><br>　　　　Defendant. | Civil No. 07-0555 (PLF)<br><br>**ECF** |

CATHOLIC HEALTH INITIATIVES, et al.,

Plaintiffs,

v.

MICHAEL O. LEAVITT, Secretary of Health and Human Services,

Defendant.

Civil No. 07-0555 (PLF)

**ECF**

## JOINT REPORT AND PROPOSED SCHEDULING ORDER

In accordance with the Court's July 5, 2007 Minute Order for a Meet and Confer Status Conference, the parties report as follows:

1. This case is an action for review of a final decision of the Secretary of Health and Human Services ("the Secretary") denying Plaintiffs' request for certain Medicare reimbursement. As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA. Plaintiffs seek judicial review of the Secretary's determination disallowing Medicare reimbursement of premiums paid by Plaintiffs to their offshore captive insurer.

3. In accordance with the Court's Minute Order of July 5, 2007, the parties have conferred and determined that this case can be resolved by cross-motions for summary judgment.

Subject to approval of the Court, the parties have agreed to the following briefing schedule, which is incorporated in the attached proposed scheduling order:

| | |
|---|---|
| August 31, 2007: | Plaintiffs' Motion for Summary Judgment |
| October 1, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| November 1, 2007: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| December 3, 2007: | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |

Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

    4. The parties do not consent to the referral of this case to a Magistrate Judge for all purposes.

    5. The parties believe that this case is unsuitable now for the various forms of alternative dispute resolution, including mediation, arbitration, early neutral evaluation, summary jury trial, or other forms of alternative dispute resolution.

    6. Defendant respectfully submits that if the Court is inclined to enter the parties' proposed Scheduling Order, the July 27, 2007, Meet and Confer Status Conference is not necessary and may be removed from the Court's docket.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|

CHRISTOPHER L. KEOUGH  
D.C. Bar No. 436567  
Vinson & Elkins, L.L.P.  
The Willard Office Building  
1455 Pennsylvania Avenue, N.W.  
Suite 600  
Washington, D.C. 20004-1008  
(202) 639-6500

JEFFREY A. TAYLOR, D.C. Bar No. 498610  
United States Attorney

MEGAN L. ROSE, N.C. Bar No. 28639  
Assistant United States Attorney  
United States Attorney's Office  
Civil Division  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 514-7220

PAUL E. SOEFFING, D.C. Bar No. 459480  
Attorney  
U.S. Department of Health and Human Services  
Office of the General Counsel  
Centers for Medicare & Medicaid Services Division  
Room C2-05-23  
7500 Security Boulevard  
Baltimore, Maryland 21244-1850  
(410) 786-1895

OF COUNSEL:

DANIEL MERON  
General Counsel

JANICE L. HOFFMAN  
Associate General Counsel

MARK D. POLSTON  
Deputy Associate General  
  Counsel for Litigation

United States Department of  
  Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civil No. 07-0555 (PLF)<br>) |
| MICHAEL O. LEAVITT, Secretary of<br>Health and Human Services, | )  **ECF**<br>)<br>) |
| Defendant. | )<br>) |

## SCHEDULING ORDER

Upon review of the parties' Joint Report and finding that the briefing schedule proposed by the parties is acceptable to this Court, it is this ___ day of _____, 2007, hereby ORDERED that:

Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| August 31, 2007: | Plaintiffs' Motion for Summary Judgment |
| October 1, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| November 1, 2007: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| December 3, 2007: | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge