# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES, <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Civil No. 07-0555 (PLF) |

## NOTICE OF FILING OF JOINT APPENDIX

PLEASE TAKE NOTE THAT on December 14, 2007, Plaintiffs filed a Joint Appendix Pursuant to Local Rule 7(n). The appendix is in paper form only and is being maintained in the case file in the Clerk's Office. The appendix will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

    Respectfully submitted,

    /s/ Christopher L. Keough
    Christopher L. Keough
      D.C. Bar No. 436567
    John M. Faust
      D.C. Bar No. 433553
    J. Harold Richards
      D.C. Bar No. 469524
    **VINSON & ELKINS L.L.P.**
    1455 Pennsylvania Avenue, N.W., Suite 600
    Washington, D.C. 20004-1008
    (202) 639-6500 (phone)
    (202) 639-6604 (fax)

    Counsel for Plaintiffs

December 14, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2007, I electronically filed the foregoing Notice of Filing of Joint Appendix using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record for the Defendant:

CHRISTOPHER BLAKE HARWOOD *(via hand delivery)*
U.S. Attorney's Office
555 Fourth Street, NW
Suite 4220
Washington, D.C. 20530-0001

PAUL EDWIN SOEFFING *(via Federal Express, overnight service)*
U.S. Department of Health and Human Services
7500 Security Boulevard
Room C2-05-23
Baltimore, MD 21244-1850

I also certify that a copy of the Joint Appendix was today served upon the above counsel by the method specified for each to the addresses shown above.

/s/ Christopher L. Keough
Christopher L. Keough