UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No.: 07-0555 (PLF) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | ECF |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Mark D. Polston as additional counsel for Defendant in the above-captioned case.

                                                                                                  Respectfully submitted,

                                                                                                  /s/
                                                    Mark D. Polston
                                                   DC Bar No. 431233
                                                   Deputy Associate General Counsel
                                                   U.S. Department of Health and Human Services
                                                   Office of the General Counsel
                                                   Room 5309, Cohen Building
                                                 330 Independence Avenue, S.W.
                                                 Washington, D.C.  20201

OF COUNSEL:                            (202) 619-2792

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

U.S. Department of Health and Human Services