UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHOLIC HEALTH INITIATIVES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:07-cv-0555 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department | ) | |
| of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE

Please take note that the undersigned has a new address. The updated contact information is:

Christopher L. Keough
KING & SPALDING L.L.P
1700 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006-4706
(202) 626-5451 (phone)
(202) 626-3737 (fax)
CKeough@kslaw.com

        Respectfully submitted,

        /s/ Christopher L. Keough
        Christopher L. Keough
        DC Bar No. 436567
        KING & SPALDING L.L.P
        1700 Pennsylvania Avenue, N.W.
        Suite 200
        Washington, D.C. 20006-4706
        (202) 626-5451 (phone)
        (202) 626-3737 (fax)

        Counsel for Plaintiffs

June 6, 2008