# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 0 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No.: 07-0555 (PLF) |
| | ) |
| KATHLEEN SEBELIUS, Secretary of | ) |
| Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

Having considered plaintiffs' Motion for Judgment and the order and opinion of the United States Court of Appeals for the District of Columbia Circuit, it is hereby

ORDERED that plaintiffs' motion is GRANTED; it is

FURTHER ORDERED that the Provider Reimbursement Review Board's decision in PRRB decision number 2007-D14, dated January 24, 2007, is reversed and vacated; it is

FURTHER ORDERED that this matter is remanded to the Secretary with instructions to promptly reimburse the plaintiff hospitals for the captive insurance premium expenses incurred during the cost reporting periods at issue consistent with the Court of Appeals' decision in this matter, plus interest computed in accordance with 42 U.S.C. § 1395oo(f)(2); and it is

FURTHER ORDERED that JUDGMENT is entered for Plaintiffs.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

10\19\10